AMENDED

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

| AO-10 Rev. 1/2004 | | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)  Shapiro, Norma L | 2. Court or Organization  U.S. District Court, E.D. PA | 3. Date of Report  8/31/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  Article III Judge (Senior) | 5. ReportType (check appropriate type)  ◯ Nomination, Date 8/3/1978  ◯ Initial  ⦿ Annual  ◯ Final | 6. Reporting Period  1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address  10614 U.S. Courthouse  601 Market Street  Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair, Judicial Division Program Committee | American Bar Association |
| 2. Trustee/Committee Chair | Jewish Publication Society |
| 3. Chair, Justice Center Coordinating Council | American Bar Association |
| 4. Board of Governors | American Bar Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED SEP 8 11 11 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. | | 0.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | Albert Einstein Medical Center 403(b) Tax Shelter Prudential Insurance Co. America |
| 2. | Albert Einstein Medical Center—Pension |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | American Bar Association | April 11-13, 2003 Spring Meeting, Washington, DC (Transportation, meals and room) |
| 2. | American Bar Association | June 4-8, 2003 Board of Governors Meeting, Pinehurst, NC (Transportation, meals and room) |
| 3. | American Bar Association | Aug. 7-13, 2003 Annual Meeting, San Francisco, CA (Transportation, meals and room) |
| 4. | American Bar Association | Sept. 18-19, 2003 Section Officers Conference, Chicago, IL (Transportation, meals and room) |
| 5. | American Bar Association | Nov. 12-16, 2003 Board of Governors Meeting, Scottsdale, AZ (Transportation, meals and room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Northwestern Mutual Life Ins. Co. | Policy Loan | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L | 8/31/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. State of Israel Savings Bond | | Interest | | T | | | | | |
| 2. ▓▓▓k (Checking Acct.) | | Interest | | T | | | | | |
| 3. ▓▓▓Checking Accounts | | Interest | | T | | | | | |
| 4. ▓▓▓Combined Savings Accounts | | Interest | | T | | | | | |
| 5. Alliance Bernstein Cap Reserve | | Dividend | | T | | | | | |
| 6. 4 MBNA American Bank CDs | | Interest | | T | | | | | |
| 7. Verizon Communications Corp. | | Dividend | | | Sell | 1/10 | ▓ | ▓ | |
| 8. Lord Abbett Affiliated Fund | | Dividend | | T | | | | | |
| 9. American Savings-NOW▓▓ | | Interest | | T | | | | | |
| 10. Franklin Federal Tax Free Fund | | Interest | | T | | | | | |
| 11. Hudson Bank | | Dividend | | T | | | | | |
| 12. Lord Abbett Tax Free Fund | | Dividend | | T | | | | | |
| 13. AT&T--30 AT&T Corp. NEW | | None | | | Sell | 6/17 | ▓ | | |
| 14. Vv Finance | | Dividend | | T | | | | | |
| 15. Life Strategy Growth Fund | | Dividend | | T | | | | | |
| 16. Life Strategy Mod. Growth | | Dividend | | T | | | | | |
| 17. STAR Fund | | Dividend | | T | | | | | |
| 18. AT&T Wireless Services, Inc. | | None | | | Sell | 6/17 | ▓ | ▓ | Acquired by spin off |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L | 8/31/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Oppenheimer Municipal Bond | ● | Interest | ● | T | Buy | 1/10 | ▮ | | |
| 20. Xcel Energy | ▮ | Dividend | | | Sell | 6/17 | ▮ | | |
| 21. NRG Energy--Exchanged for Cell Energy Inc. | ▮ | Dividend | | | Sell | 6/17 | ▮ | | |
| 22. Comcast Corp. New CLA (X) | | None | | | Sell | 6/17 | ▮ | ● | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Shapiro, Norma L | 8/31/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date August 31, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

### Calendar Year 2003

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Shapiro, Norma L | 2. Court or Organization<br><br>U.S. District Court, E.D. PA | 3. Date of Report<br><br>8/31/2004 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (Senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination.  Date  8/3/1978<br><br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>10614 U.S. Courthouse<br><br>601 Market Street<br><br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.     (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair, Judicial Division Program Committee | American Bar Association |
| 2. Trustee/Committee Chair | Jewish Publication Society |
| 3. Chair, Justice Center Coordinating Council | American Bar Association |
| 4. Board of Governors | American Bar Association |

## II. AGREEMENTS.     (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE**   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| Shapiro, Norma L | 8/31/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | 0.00 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Albert Einstein Medical Center 403(b) Tax Shelter Prudential Insurance Co. America |
| 2. | | Albert Einstein Medical Center--Pension |

## IV. REIMBURSEMENTS – transportation. lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | April 11-13, 2003 Spring Meeting, Washington, DC (Transportation, meals and room) |
| 2. | American Bar Association | June 4-8, 2003 Board of Governors Meeting, Pinehurst, NC (Transportation, meals and room) |
| 3. | American Bar Association | Aug. 7-13, 2003 Annual Meeting, San Francisco, CA (Transportation, meals and room) |
| 4. | American Bar Association | Sept. 18-19, 2003 Section Officers Conference, Chicago, IL (Transportation, meals and room) |
| 5. | American Bar Association | Nov. 12-16, 2003 Board of Governors Meeting, Scottsdale, AZ (Transportation, meals and room) |

## V. GIFTS.  (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES.  (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. Northwestern Mutual Life Ins. Co. | Policy Loan | J |

FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Shapiro, Norma L | 8/31/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. State of Israel Savings Bond | | Interest | | T | | | | | |
| 2. ▉▉▉ (Checking Acct.) | | Interest | | T | | | | | |
| 3. ▉▉ Checking Accounts | | Interest | | T | | | | | |
| 4. ▉▉ Combined Savings Accounts | | Interest | | T | | | | | |
| 5. Alliance Bernstein Cap Reserve | | Dividend | | T | | | | | |
| 6. 4 MBNA American Bank CDs | | Interest | | T | | | | | |
| 7. Verizon Communications Corp. | | Dividend | | | Sell | 1/10 | | | |
| 8. Lord Abbett Affiliated Fund | | Dividend | | T | | | | | |
| 9. American Savings-NOW ▉▉ | | Interest | | T | | | | | |
| 10. Franklin Federal Tax Free Fund | | Interest | | T | | | | | |
| 11. Hudson Bank | | Dividend | | T | | | | | |
| 12. Lord Abbett Tax Free Fund | | Dividend | | T | | | | | |
| 13. AT&T—30 AT&T Corp. NEW | | None | | | Sell | 6/17 | | | |
| 14. Vv Finance | | Dividend | | T | | | | | |
| 15. Life Strategy Growth Fund | | Dividend | | T_ | | | | | |
| 16. Life Strategy Mod. Growth | | Dividend | | T | | | | | |
| 17. STAR Fund | | Dividend | | T | | | | | |
| 18. AT&T Wireless Services, Inc. | | None | | | Sell | 6/17 | | | Acquired by spin off |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| | | |
|---|---|---|
| | Name of Person Reporting | Date of Report |
| **Page 2 of 2** | Shapiro, Norma L | 8/31/2004 |

# VII. INVESTMENTS and TRUSTS  -- income, value, transactions (includes those of the spouse and dependent children. See pp: 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Oppenheimer Municipal Bond | | Interest | | T | Buy | 1/10 | | | |
| 20. Xcel Energy | | Dividend | | | Sell | 6/17 | | | |
| 21. NRG Energy—Exchanged for Cell Energy Inc. | | Dividend | | | Sell | 6/17 | | | |
| 22. Comcast Corp. New CLA (X) | | None | | | Sell | 6/17 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature       Date August 3, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544